■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS SMITH, Appellant. [914 NYS2d 894]—Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about November 21, 2008, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Saxe, J.P., Moskowitz, Richter, Manzanet-Daniels and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKEEM TABORN, Appellant. [914 NYS2d 892]—Judgment of resentence, Supreme Court, New York County (Maxwell Wiley, J.), rendered December 3, 2008, resentencing defendant to an aggregate term of six years with five years' postrelease supervision, unanimously reversed, on the law, the resentence vacated, and the original sentence without postrelease supervision reinstated.

As the People concede, defendant is entitled to relief under *People v Williams* (14 NY3d 198 [2010]), which invalidates the imposition of postrelease supervision upon resentencing of defendants who have been released after completing their terms of imprisonment. Concur—Saxe, J.P., Moskowitz, Richter, Manzanet-Daniels and Román, JJ.